UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| KENNETH H. BUTTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00459-WWD |
| ) | |
| BERCO OF AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned counsel, that the above-entitled matter shall be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| /s/ Kenneth R. Keller | /s/ with consent of Kevin J. Dalton |
| Kenneth R. Keller (NC Bar No. 6238) | Kevin J. Dalton (NC Bar No. 24197) |
| Carruthers & Roth, PA | Fisher & Phillips LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| P.O. Box 540 | P.O. Box 36775 |
| Greensboro, North Carolina 27402 | Charlotte, North Carolina 28236 |
| Telephone: (336) 379-8651 x 125 | Telephone: (704) 334-4565 |
| Fax: (336) 478-1175 | Fax: (704) 334-9774 |
| E-mail: krk@crlaw.com | E-mail: kdalton@laborlawyers.com |
| | |
| | /s/ with consent of Thomas A. Cattel |
| | Thomas A. Cattel (MI Bar P32538) |
| | Cattel, Tuyn & Rudzewicz, PLLC |
| | Attorneys for Defendant |
| | 33 Bloomfield Hills Parkway, Ste. 120 |
| | Bloomfield Hills, Michigan 48304 |
| | Telephone: (248) 593-6400 |
| | Fax: (248) 593-2603 |
| | E-mail: tcattel@catteltuyn.com |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| KENNETH H. BUTTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00459-WWD |
| ) | |
| BERCO OF AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon reading and filing of the foregoing stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice and without costs to any party.

March 6, 2007

_____
Honorable Wallace W. Dixon
U.S. Magistrate Judge